IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

EARL MARSHALL SMITH, JR.,        )
                                 )
            Plaintiff,           )
                                 )
     v.                          )   No. 06 C 2888
                                 )
SERGEANT GERALD R. ALTER,        )
et al.,                          )
                                 )
            Defendants.          )

                        MEMORANDUM ORDER

    On March 4, 2011 Dr. Adeyemi Fatoki filed a motion for sanctions by reason of his having been named a codefendant in this action. At the most recent status hearing, counsel for Dr. Fatoki confirmed that the motion had been withdrawn as to the appointed counsel for plaintiff Earl Marshall Smith ("Smith"), but as to Smith himself the motion was continued pending Smith's dismissal of Dr. Fatoki as a defendant (something that Smith's appointed counsel said would be done promptly).

    This Court has just ordered and received its periodic Motions Report, listing all motions pending in cases on its calendar. That printout reveals that Dkt. 140--Fatoki's motion for sanctions--is still reported as a live motion. Accordingly this Court orders Smith's counsel to file the total dismissal of Dr. Fatoki as a defendant, so that the motion may be eliminated from the list.

                              _____
                              Milton I. Shadur
Date: April 18, 2011          Senior United States District Judge